JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MERVIN LE'ROY, | ) | No. CV 11-03763-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RICK HILL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 22, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE